STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for David Login

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-01-00360-MMC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| Vs. | ) ORDER CONTINUING DATE FOR FIRST APPEARANCE ON FORM -12 |
| DAVID LOGIN, | ) Honorable Maxine M. Chesney |
| Defendant. | ) |

    Defendant David Login by and through his attorney Steven F. Gruel and the United States of America, by and through its attorney, C. David Hall Assistant United States Attorney, hereby stipulate and respectfully request that the hearing date currently scheduled for February 11, 2009 should be continued to May 20, 2009 at 2:30 p.m.

    This matter concerns Mr. Login's first appearance because of the Probation Officer's filing of a Form-12 alleging violations by Mr. Login of his supervised release. The Probation Officer handling this case is Mark Unalp from the Oakland office.

*STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE FOR FIRST APPEARANCE ON FORM -12*

- 1

On February 6, 2009, Mr. Unlap informed defense counsel *via* e-mail that he received a subpoena to appear in South Dakota on February 10, 2009 and consequently would be out of the office for that entire week.  Also, Mr. Unalp informed defense counsel that he would be out of his office for several weeks in March 2009 for training.  Mr. Unalp recommended that the next hearing be anytime beginning after the second week of April, 2009.

There is no objection by the defense or the government in moving the hearing date.  Given defense and government counsels' trial calendars there are conflicts which require moving this matter to May 20, 2009 at 2:30 p.m.

There are no Speedy Trial issues or concerns with moving this date.  Mr. Login is not in custody and remains under the Probation Officer Unalp's supervision.

SO STIPULATED:

DATED:  2/10/09            __/s/_____
                            STEVEN F. GRUEL
                            Attorney for David Login


DATED:  2/10 /09

                           __/s/_____
                            DAVID HALL
                            Assistant United States Attorney


~~[PROPOSED]~~  ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the hearing date of February 11, 2009 at 2:30 p.m. is hereby continued to May 20, 2009 at 2:30 p.m.

IT IS SO ORDERED.

Dated: February 11, 2009        *[signature]*
                                 HONORABLE MAXINE M. CHESNEY
                                 United States District Court Judge

*STIPULATION AND [PROPOSED] ORDER*
*CONTINUING DATE FOR FIRST APPEARANCE ON FORM -12*