STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for David Login

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-01-00360-WHA<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER CONTINUING HEARING IN<br>) SUPERVISED RELEASE PROCEEDING<br>)<br>)<br>)<br>)<br>)<br>) Honorable William H. Alsup<br>) |
| Plaintiff, | |
| Vs. | |
| DAVID LOGIN, | |
| Defendant. | |

    Defendant David Login, by and through their attorney, Steven F. Gruel, hereby requests that the supervised release proceeding set for September 28, 2010 at 2:00 p.m. be continued to October 26, 2010 at 2:00 p.m.  This basis for this request is that Mr. Login recently suffered a head injury, was taken to the emergency center and is currently under a doctor's treatment.  Mr. Login has been in bed for the past several days and is recuperating.  He is incapable of making the appearance set for today.

STIPULATION AND [PROPOSED] ORDER

- 1

Both the United States Probation Officer supervising Mr. Login and the Assistant United States Attorney have been contacted and have no objection to this request for continuance. Accordingly, the parties stipulate to vacate the hearing set for September 28, 2010 and to reschedule it to October 26, 2010 at 2:00 p.m.

SO STIPULATED:

DATED: 09/28/10         __/s/_____
                        STEVEN F. GRUEL,
                        Attorney for David Login


DATED:  09/28/10        __/s/_____
                        ROBERT REES
                        Assistant United States Attorney

[PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant David Login's supervised released proceeding is rescheduled to October 26, 2010 at 2:00 p.m.

IT IS SO ORDERED.

DATED:                  HONORABLE
                        United States

*Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER

- 2