STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for David Logan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-01-00360-WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION OF SUPERVISED RELEASE TO INCLUDE 90 DAYS IN HALFWAY HOUSE |
| Vs. | |
| DAVID LOGIN, | |
| Defendant. | |

Defendant David Login, by and through their attorney, Steven F. Gruel, and the United States Attorney's Office for the Northern District of California, by and through its attorney Assistant United States Attorney Robert Rees, together with the United States Probation Office, for the reasons articulated in Court on October 26, 2010 hereby submits this stipulation modifying David Logan's conditions of supervised release to include 90 days wherein he shall reside, to commence immediately, at the GeoCare Residential Reentry Center and shall observe the rules of that facility.

*STIPULATION AND [PROPOSED] ORDER*

The parties agree to continue this matter until February 8, 2011 for status.

SO STIPULATED:

DATED: 11/02/10              /s/
                             STEVEN F. GRUEL,
                             Attorney for David Login

DATED: 11/02/10              /s/
                             ROBERT REES
                             Assistant United States Attorney

### [~~PROPOSED~~] ORDER

PREDICATED on the above stipulation and upon the reasons discussed in Court on October 26, 2010, defendant David Login's conditions of supervised release are modified to include 90 days wherein he shall reside, to commence immediately, at the GeoCare Residential Reentry Center and shall observe the rules of that facility. The parties agree to continue this matter until February 8, 2011 for status.

IT IS SO ORDERED.

DATED: November 8, 2010   ~~HONORABLE JEFFREY WHITE~~
                          United States District Court
                          General Duty Judge

STIPULATION AND [~~PROPOSED~~] ORDER

- 2